Order entered November /4/ , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-12-01522-CR

## EX PARTE KEITH D. ROANE

---

### On Appeal from the County Court at Law No. 3
### Collin County, Texas
### Trial Court Cause No. 003-86164-04

---

## ORDER

The Court has received appellant's notice of appeal from the trial court's denial of his article 11.072 application for writ of habeas corpus.

We **ORDER** the Collin County Clerk to file the clerk's record containing the documents related to appellant's application for writ of habeas corpus, the trial court's written order ruling on appellant's application, and the trial court's certification of appellant's right to appeal. The clerk's record is due by **DECEMBER 3, 2012**.

We **ORDER** appellant to file his brief by **DECEMBER 21, 2012**. We **ORDER** the State to file its brief by **JANUARY 7, 2013**. No extensions will be granted. If any party's brief is not filed by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

**The appeal will be submitted without oral argument on February 1, 2013 to a panel consisting of Justices Bridges, O'Neill, and Murphy.** *See* TEX. R. APP. P. 31.3.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following:

- Honorable Lance Baxter, Presiding Judge, County Court at Law No. 3;

- Collin County Clerk; and

- Collin County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Keith D. Roane, 809 Lake Place, Azle, Texas 76020.

_____
LANA MYERS
JUSTICE